UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

        Plaintiff,

   v.

CAROL PORTER,

        Defendant.

Case No.  C06-5306RBL-KLS

ORDER TO SHOW CAUSE

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

    On May 9, 2006, the Clerk received plaintiff's complaint. (Dkt. #1).  On June 2, 2006, the Clerk sent plaintiff a letter informing him that he must either pay the court filing fee or submit a proper application to proceed *in forma pauperis* by July 3, 2006, or this matter could be subject to dismissal. (Dkt. #2).  On July 7, 2006, plaintiff filed an *in forma pauperis* application. (Dkt. #3).  That application, however, is deficient.

ORDER
Page - 1

Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff thus was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint.

In addition, plaintiff states in his application that he has received money from business, profession or other self-employment, as well as from gifts or inheritances, during the past twelve months. However, he failed to describe exactly from which sources he received such money, how much he received therefrom, and whether and in what amounts he expects to receive it.

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above deficiencies by filing **no later than August 20, 2006**, (a) a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month period immediately preceding the filing of his complaint, and (b) the detailed information regarding his sources of income discussed above.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 20th day of July, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2